UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BARRY, | ) Case No. CV 08-3880-PJW |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:      10/19/09     .

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\BARRY, J 3880\Judgment.wpd